UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL STEVENS,<br><br>           Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY, et al.,<br><br>           Defendant. | CASE NO. 3:22-CV-5862-BHS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Randall Stevens has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.

(2) The Clerk of the Court is directed to send a copy of this Order to Plaintiff's counsel and to the Honorable Benjamin H. Settle

Dated this 10th day of November, 2022.

David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1