UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDALL STEVENS,

        Plaintiff,

  v.

PIERCE COUNTY, et al.,

        Defendants.

CASE NO. C22-5862 BHS

ORDER

THIS MATTER is before the Court on the following motions:

- Plaintiff Randall Stevens's motion for reconsideration, Dkt. 33, of the Court's Order, Dkt. 32, granting in part defendants' motion to dismiss, Dkt. 23;
- The parties' stipulated motion for an extension of time for discovery, Dkt. 47;
- Stevens's attorney's motion to withdraw, Dkt. 48;
- The parties' stipulated motion to dismiss defendants Wendy Batchelor, Ashley Chalk, Danielle Seymor, James Githui, Robert Wargacki, Medical Nurse Doe 1, and Naphcare, Inc., Dkt. 51.

Attorney Jackson Millikan's motion to withdraw is based on his claim that Stevens has stopped communicating with him, and that he has not heard from Stevens since

ORDER - 1

October 3, 2023. Dkt. 48 at 2. Millikan had his motion personally served on Stevens, and he asserts that in response, Stevens told him by email that he was homeless, in Oregon. Dkt. 49 at 3 and 8. At the same time, Millikan informed defendants' counsel, Ross Taylor, that Stevens had authorized him to sign a stipulated order of dismissal as to "all claims/defendants that accrued in the second jail stint." Dkt. 50 at 2. The parties' stipulated motion for dismissal of some claims and defendants is apparently based on this authorization.

However, it is not at all clear to the Court that Stevens has agreed to the dismissal of a subset of his claims, or that he agreed to effectively withdraw or moot his pending motion for reconsideration. There is no evidence before the Court that Stevens so agreed.

Millikan's motion to withdraw is **GRANTED**. The stipulated scheduling order is **DENIED**, but the trial date and remaining pretrial deadlines are **STRICKEN.** The case is **STAYED** for 60 days, to provide Stevens an opportunity to locate and engage new counsel. Based on counsel's withdrawal, and the basis for it, the Court will not enter the stipulated order of dismissal. That stipulated motion, Dkt. 51, is **DENIED**, without prejudice to re-file. Stevens's motion for reconsideration, Dkt. 33, is **RE-NOTED** for January 26, 2024. Any Reply in support of that motion shall be filed no later than January 26, 2024. Attorney Millikan shall use his best efforts to provide a copy of this Order to Stevens.

**IT IS SO ORDERED**.

\\

\\

1	Dated this 14th day of November, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3