UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL STEVENS,<br><br>               Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY, et al.,<br><br>               Defendants. | CASE NO. C22-5862 BHS<br><br>ORDER |

THIS MATTER is before the Court on the NaphCare defendants' motion for reconsideration, Dkt. 54, of the Court's Order, Dkt. 52, denying (or deferring) entry of a stipulated order of dismissal, Dkt. 51. The NaphCare defendants argue that plaintiff Stevens's attorney, Jackson Millikan, was still counsel of record when he stipulated to the dismissal, and that he affirmatively asserted that he had his client's authority to enter the stipulation and to dismiss Stevens's "second jail stint" claims against the NaphCare defendants. They point out that since the Court's Order, Millikan has reiterated that Stevens agreed to the dismissal. Dkt. 54 at 3 (citing Millikan Declaration, Dkt. 53).

They ask the Court to dismiss Stevens's claims against them as agreed in the parties' stipulated order of dismissal, and the Court is inclined to do so for the reasons

ORDER - 1

articulated in the motion. However, under Local Civil Rule 7(h), the Court cannot grant a motion for reconsideration unless the opposing party has an opportunity to respond.

The Court therefore **REQUESTS** plaintiff Stevens to respond to the Naphcare defendants' motion for reconsideration if he opposes it. Any response should be filed within **14 days**. The NaphCare defendants' motion for reconsideration, Dkt. 54, is **RE-NOTED** for December 15, 2023.

**IT IS SO ORDERED**.

Dated this 29th day of November, 2023.

BENJAMIN H. SETTLE
United States District Judge