UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDALL STEVENS,

               Plaintiff,

  v.

PIERCE COUNTY,

               Defendant.

CASE NO. C22-5862 BHS

ORDER TO SHOW CAUSE

THIS MATTER is before the Court on its own motion. Plaintiff Randall Stevens's attorney, Jackson Millikan, withdrew in November 2023. Dkts. 48, 49, 52, 53. He informed the Court that Stevens had two potential addresses, one in University Place, Washington, and one in Oregon.

The Court ordered the parties to file a Joint Status Report by January 19, 2024. Dkt. 60. The Court mailed that Order to the addresses provided, but it was returned as undeliverable. Dkt. 61; *see also* Dkts. 55, 56, 58, 59. The parties did not file a Joint Status Report.

A pro se plaintiff is obligated to keep the Court apprised of his address. One of the documents attached to Attorney Millikan's Declaration, Dkt. 53, included an email

ORDER - 1

address for Mr. Stevens. The Clerk shall send a copy of the Court's prior Order, Dkt. 60, and this Order to Stevens at: **1465gemint@gmail.com**

Stevens is **ORDERED** to **SHOW CAUSE** why this case should not be dismissed without prejudice for failure to prosecute. Any response should address why he has not informed the Court of his address, and shall provide the Court a useable physical address. Stevens should also confirm whether he intends to proceed with his remaining claims against the remaining defendants. If he does, he shall confirm that he will confer with counsel and file the requested Joint Status Report within 30 days.

Stevens's response to this Order is due within **14 days**. The failure to respond will result in dismissal without prejudice, for failure to prosecute.

**IT IS SO ORDERED**.

Dated this 9th day of February, 2024.

BENJAMIN H. SETTLE
United States District Judge