UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDALL STEVENS,

          Plaintiff,

  v.

PIERCE COUNTY,

          Defendant.

CASE NO. C22-5862 BHS

ORDER

THIS MATTER is before the Court on its own motion following its prior Order, ordering now pro se plaintiff Randall Stevens to SHOW CAUSE why this matter should not be dismissed without prejudice for failure to prosecute. Dkt. 63. Stevens has not responded to the Court's order, and he has not otherwise prosecuted this case.

The case is **DISMISSED** without prejudice.

The clerk shall enter a judgment and close the case.

**IT IS SO ORDERED**.

\\

\\

ORDER - 1

1 \\

2 Dated this 29th day of February, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge